# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 18, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137611 (57)(58)

DETROIT INTERNATIONAL BRIDGE COMPANY,
    Plaintiff-Appellant,

v

                                             SC    137611

COMMODITIES EXPORT CORPORATION
and WALTER LUBIENSKI,
    Defendants-Appellees.

SC    137611
CoA   276225
Wayne CC: 06-625778-CC

_____

       On order of the Chief Justice, motions for the temporary admission to practice of Richard K. Willard and John P. Mogg are considered and they are GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 18, 2009

_____

Clerk